UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE,<br><br>  Plaintiff,<br><br>  v.<br><br>MIKE GIBILISCO, et al.,<br><br>  Defendants. | No.  2:24-cv-2273 AC P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis.  However, plaintiff did not sign the second amended complaint.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's second amended complaint unless he signs and re-files the second amended complaint.

Accordingly, plaintiff is provided an opportunity to file a copy of his second amended complaint which bears his signatures.  Failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall file a <u>signed</u> copy of his second amended complaint.  No pending

1

motions will be ruled upon unless plaintiff complies with this order.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: December 9, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2