UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE,<br><br>Plaintiff,<br><br>v.<br><br>MIKE GIBILISCO, et al.,<br><br>Defendants. | No. 2:24-cv-2273 DJC AC P<br><br><br>ORDER |

Plaintiff is a county prisoner who filed this civil rights action pursuant to 42 U.S.C. § 1983 without a lawyer. On February 13, 2025, the undersigned issued a screening order, denied plaintiff's two motions for appointment of counsel and three motions for discovery, and recommended that plaintiff's motion for preliminary injunction be denied. ECF No. 18. The next day, the court received plaintiff's third motion for appointment of counsel. ECF No. 20. The arguments for appointment of counsel in the third motion are identical to those made in the first two motions to appoint counsel. Accordingly, for the reasons stated in this court's February 13, 2025, order and findings and recommendations, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (ECF No. 20) is denied.

DATED: February 19, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE