UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE, | No. 2:24-cv-2273 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| MIKE GIBILISCO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 13, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 18. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 18) are adopted in full; and

    2.  Plaintiff's Motion for a Preliminary Injunction (ECF No. 7) is denied; and

    3.  This case is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **April 18, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

AC/df:whit2273.800.jo

2