UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILSON LEBRANDON WHITE,

Plaintiff,

v.

MIKE GIBILISCO, et al,

Defendants.

No.  2:24-cv-2273-TLN-CKD P

ORDER

On December 26, 2025, defendant filed a motion for summary judgment. (ECF No. 37.) Plaintiff did not timely oppose the motion. On January 27, 2026, the undersigned ordered defendant to re-serve the motion to plaintiff at an updated address of record. (ECF No. 41.) Defendant did so and filed proof of such service. (ECF No. 42.) Plaintiff still has not filed an opposition to the motion or any other response.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...." Id. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id. Plaintiff is hereby cautioned that failure to comply with the Local Rules and failure to file an opposition to the pending motion may result in a recommendation that the action be dismissed.

1

Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

With these admonitions in place, plaintiff is ordered to file an opposition to defendant's motion for summary judgment within 21 days of the date of this order.

Good cause appearing, IT IS ORDERED that, within 21 days from the date of this order, plaintiff shall file an opposition, if any, to defendant's motion for summary judgment Defendant may file a reply within 14 days of any opposition filed by plaintiff. Failure to file an opposition will be deemed as consent to have this case dismissed for failure to prosecute.

Dated: March 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 whit2273.nooppo

2