UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE, Plaintiff, v. MIKE GIBILISCO, et al., Defendants. | No. 2:24-cv-02273-TLN-CKD **ORDER** |

Plaintiff Wilson LeBrandon White ("Plaintiff") is a county jail inmate and filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff proceeds without counsel and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 51.) Plaintiff filed objections to the findings and recommendations. (ECF No. 52.) Defendants filed a response to Plaintiff's objections. (ECF No. 53.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 51) ADOPTED IN FULL;
2. Defendants' motion for summary judgment (ECF No. 37) is GRANTED;
3. Plaintiff's remaining claims in the third amended complaint against Defendants Larsen and Gibilisco are DISMISSED without prejudice for failure to exhaust available administrative remedies prior to filing suit; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATE: September 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE